UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| CHARLOTTE JOHNSON, | ) | CIV. 05-5051-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| INDUSTRIAL POWER, L.L.P., | ) | |
| | ) | |
| Defendant. | ) | |

The parties have filed a stipulation for dismissal. It is therefore

ORDERED that the stipulation (Docket 23) is approved and this action is dismissed.

Dated June 29, 2006.

                              BY THE COURT:

                              /s/ *Karen E. Schreier*
                              KAREN E. SCHREIER
                              CHIEF JUDGE